421 A.2d 207

**COMMONWEALTH of Pennsylvania**

v.

**Patrick J. DePAUL, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1980.

Decided Nov. 3, 1980.

Edgar M. Snyder, Snyder & Gainor, P. A., Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Dara A. DeCourcy, Asst. Dist. Atty., Pittsburgh, for appellee.

## ORDER

PER CURIAM:

Judgment of Sentence of the Court of Common Pleas of Allegheny County, Criminal Division, is affirmed.